**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VENSON LANE MYERS, | ) | NO. CV 16-0457-R(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| PEOPLE OF CALIFORNIA | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 26, 2016.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE